**SO ORDERED.**

**SIGNED June 19, 2006.**



_____
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

_____


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 05-80169 |
| GEORGIA JACKSON<br> DEBTOR | |
| | CHAPTER 13 |
| U.S. BANK, N.A.<br> MOVER | |

### *AMENDED ADEQUATE PROTECTION ORDER*

This matter was set for hearing on May 18, 2006, on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER"), a secured creditor herein.

Considering the agreement of MOVER and DEBTOR, through their attorneys of record, as indicated by their respective signatures; The DEBTOR agrees that the total post-petition reinstatement amount is $2,250.92.

IT IS ORDERED that:

1. DEBTOR must within fifteen (15) days from May 18, 2006 file a "Mendoza" modification to

provide for the remaining post-petition arrears in the amount of **$2,250.92** for March, 2006 through May, 2006, which figure also includes attorney fees and court costs.

2. In the event the DEBTOR fails to take the action set forth in Paragraph 1 or to make any future monthly payment, commencing with the **June, 2006** payment within 30 days of its due date or should any check be returned "NSF," the DEBTOR agrees that MOVER may obtain an ex parte order relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding and also as to any Chapter 7 or 11 case this matter might be converted to, and allowing attorneys fees incurred in relation thereto, permitting MOVER to foreclose on its security interest in the following described property located in NATCHITOCHES Parish, Louisiana and if necessary, to evict DEBTOR from said property:

> That certain lot or plot of ground in the City of Natchitoches, Louisiana, together with all buildings and improvement thereon located and being more particularly described as lot 15 of Cane Village Subdivision, Unit 2, as shown on a plat of survey by Sammie L. Craft, dated December, 1972, and recorded in Map Book 1, Page 549 of the records of Natchitoches Parish, Louisiana.
>
> Improvements thereon bear Municipal Address No. 202 Paula Lane, Natchitoches, LA 71457.

# # #

SUBMITTED BY:

/s/ D. Clay Wirtz
D. CLAY WIRTZ (#22687)
Attorney for Mover
The Boles Law Firm
P. O. Drawer 2065
Monroe, LA 71207-2065


/s/ C. Rodney Harrington
C. RODNEY HARRINGTON (# 06597)
Attorney for Debtors
P.O. Box 1278
Natchitoches, LA 71458-1278